UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) No. 2:15-CR-138 |
| | ) |
| DARRIES LEON JACKSON | ) |

## ORDER

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated October 26, 2016. In that Report and Recommendation, [Doc. 68], the Magistrate Judge recommends that the defendant's motion for the recusal of this Court, [Doc. 56], be denied. The defendant has filed an objection to this recommendation. [Doc. 69].

After careful *de novo* consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objection is **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 68], and that the motion for recusal, [Doc. 56], be **DENIED**.

E N T E R:

    s/J. RONNIE GREER
    UNITED STATES DISTRICT JUDGE